# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AIRIS COTTRELL, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 1:21-CV-184 |
| HARBOR SEAFOOD, LLC, DAQUIEN DODD, USA TRUCK, INC., and CHRISTOPHER BRANTLEY ELGIN, | ) |
|     Defendants. | ) |

## NOTICE OF SERVICE

The Defendants, Harbor Seafood, LLC and Daquien Dodd, hereby give notice that the following documents were served this date upon all counsel:

1. Defendant Harbor Seafood, LLC's Response to Plaintiff's First Set of Interrogatories;
2. Defendant Harbor Seafood, LLC's Response to Plaintiff's Requests for Production of Documents;
3. Defendant Daquien Dodd's Response to Plaintiff's First Set of Interrogatories; and
4. Defendant Daquien Dodd's Response to Plaintiff's Requests for Production of Documents.

This Defendant requests that this Notice be placed on record and filed by the clerk.

Respectfully submitted:

/s/ Andrew N. Firkins
Clint J. Woodfin (BPR # 016346)
Andrew N. Firkins (BPR # 033982)
*Attorney for Defendants*
*Harbor Seafood, LLC and Daquien Dodd*
800 S. Gay Street, Suite 1400
Knoxville, TN  37929
Telephone:   (865) 673-8516
Fax:              (865) 673-8972
Email:   cwoodfin@spicerfirm.com
             afirkins@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, a copy of the foregoing Notice of Service was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Andrew N. Firkins
Andrew N. Firkins

I:\89667\